IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIA VILLAREAL | § § § § § | |
| vs. | § § § § | _____ |
| BURLINGTON STORES, INC. D/B/A BURLINGTON; BURLINGTON COAT FACTORY #206; BURLINGTON COAT FACTORY OF TEXAS, INC.; BURLINGTON COAT FACTORY OF TEXAS, LP; BURLINGTON COAT FACTORY DIRECT CORPORATION; AND BURLINGTON COAT FACTORY WAREHOUSE OF LAREDO, INC. | § § § § § § § § § § | |

**DEFENDANT BURLINGTON COAT FACTORY OF TEXAS, INC.'S**
**NOTICE OF REMOVAL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, BURLINGTON COAT FACTORY OF TEXAS, INC., and files this Notice of Removal pursuant to 28 U.S.C. § 1441.

**A.**

**INTRODUCTION**

1.   Pursuant to 28 U.S.C. § 1441, and the following, this civil action is removed from the 49th Judicial District Court of Webb County, Texas, where this matter was pending under Cause No. 2023CVF000207D1, in a matter styled, *Maria Villareal vs. Burlington Stores, Inc. d/b/a Burlington; Burlington Coat Factory #206; Burlington Coat Factory of Texas, Inc.; Burlington*

*Coat Factory of Texas, LP; Burlington Coat Factory Direct Corporation; and Burlington Coat Factory Warehouse of Laredo, Inc.*

**B.**

**NATURE OF SUIT**

2. Plaintiff's lawsuit arises from an alleged fall which Plaintiff alleges she suffered at Defendant's premises prior to the filing of Plaintiff's Original Petition. Plaintiff seeks actual damages, past and future physical pain and suffering, past and future mental anguish, past and future physical impairment, past and future disfigurement, loss of wage-earning capacity in the past and future, and past and future medical expenses.

**C.**

**TIMELINESS OF REMOVAL**

3. Plaintiff commenced this lawsuit by filing her Original Petition on February 8, 2023 against the Defendant. Plaintiff's Petition asserts that she seeks monetary relief in excess of $250,000.00.

4. Defendant Burlington Coat Factory of Texas, Inc. was served with citation on or about February 17, 2023. Thus, pursuant to 28 U.S.C. § 1446(b)(3), this Notice of Removal is timely filed within thirty days after receipt of information from which it may be ascertained that the case is one which is or has become removable.

**D.**

**BASIS FOR REMOVAL JURISDICTION**

5. Removal is proper under 28 U.S.C. § 1441 and § 1332(a) because there is a complete diversity of citizenship between Plaintiff and proper Defendant Burlington Coat Factory of Texas, Inc., and all other improperly named Defendants as well, in this lawsuit and the amount in

controversy exceeds $75,000.00. Further, no current properly joined Defendant is a citizen of Texas.

### A. Proper Parties

6. Plaintiff is and was at the time of filing this action, a resident of Webb County, Texas.

7. Defendant Burlington Stores, Inc. d/b/a Burlington, Burlington Coat Factory #206, Burlington Coat Factory of Texas, L.P., Burlington Coat Factory Direct Corporation, and Burlington Coat Factory Warehouse of Laredo, Inc. are not proper parties and are improperly joined. Burlington Coat Factory of Texas, Inc. is the proper party and has diverse jurisdiction pursuant to 28 U.S.C. § 1446(c). Defendant Burlington Coat Factory of Texas, Inc. is the owner of Burlington Coat Factory of Texas, L.P., which is the operator of the Burlington Coat Factory located at 4500 San Bernardo Ave A, Laredo, TX 78041; the subject store where the alleged incident giving rise to Plaintiff's cause of action occurred.

### B. Amount in Controversy

8. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiff has asserted claims for past and future physical pain and suffering, past and future mental anguish, past and future physical impairment, past and future disfigurement, loss of wage earning capacity in the past and future, and past and future medical expenses. In addition to Plaintiff stating that they seek monetary relief in excess of $250,000.00, it is "facially apparent" that Plaintiff's claims likely exceed $75,000.00, which is all that is required to satisfy the amount in controversy requirement. *See Allen v. R&H Oil & Gas Co.,* 63 F. 3d 1326, 1335 (5th Cir. 1995).

**E.**

## **NOTICE IS PROCEDURALLY CORRECT**

9. Defendant has attached to this Notice of Removal the documents required by 28 U.S.C. § 1446(a) and Local Rule 81 as follows:

   a. Index of matters being filed;

   b. List of all counsel of record, including their addresses, telephone numbers and parties represented;

   c. A true and correct copy of the docket sheet of the state court action; and

   d. A true and correct copy of all executed process, pleadings asserting causes of action, and orders signed by the state judge filed in the court from which removal is sought.

10. This action is removable to this Court because this United States District Court and Division embraces the place where the State Court Action was pending. 28 U.S.C. §124(a)(1), §1441(a).

11. In accordance with 28 U.S.C. §1446(d), written notice of filing of this Notice of Removal will be given to all parties and to the Clerk of the 49th Judicial District Court in Webb County, Texas.

DATED: March 13, 2023.

Respectfully submitted,

A TLAS, H ALL & R ODRIGUEZ, LLP
P. O. Box 3725 (78502)
818 West Pecan Boulevard
McAllen, Texas 78501
(956) 682-5501
(956) 686-6109 – Facsimile


By: */s/ Rick A. Zuniga*
    Rick Zuniga
    Federal I. D. No. 1682846
    Texas State Bar No. 24084148
    E-Mail: rzuniga@atlashall.com
    Susan Sullivan
    Federal I.D. No. 13144
    Texas State Bar No. 24126029
    Email: ssulivan@atlashall.com
    Bryan T. Ramirez
    Federal I.D. No. 3777730
    Texas State Bar No. 24126029
    Email: bramirez@atlashall.com

***ATTORNEYS FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

I hereby certify that the above-referenced document was served upon the following counsel of record in this cause pursuant to the Federal Rules of Civil Procedure March 13, 2023:

Manuel C. Maltos
Pablo E. Rivera
Diego J. Levy
MALTOS LAW FIRM, PLLC
5500 UTSA Blvd., Ste. 270
San Antonio, Texas 78249
Phone: (210) 598-8474
Fax: (210) 775-5009
Email: manuel@maltoslaw.com
       pablo@maltoslaw.com
       diego@maltoslaw.com
       denise@maltoslaw.com
       rosavela@maltoslaw.com
       e-serve@maltoslaw.com

German Cantu
CANTU LAW FIRM, PLLC
5500 UTSA Blvd., Ste. 270
San Antonio, Texas 78249
Phone: (210) 547-0505
Email: gcantu@thecantulawfirm.com

*ATTORNEYS FOR PLAINTIFF*

*/s/ Rick A. Zuniga*
Rick A. Zuniga